Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 100 (AKH)

GEOFFREY HUGHES (AND WIFE, LISA A HUGHES),　　　　　　　　　　　Index No.: 06-CV-14733

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF ADOPTION OF ANSWER**
　　　　　　　　Plaintiff(s),　　　　　　　　　　　　　　　　**TO MASTER COMPLAINT**

　　-against-　　　　　　　　　　　　　　　　　　　　　　　　**ELECTRONICALLY FILED**

A RUSSO WRECKING, *et al.*,

　　　　　　　　Defendant(s).
------------------------------------------------------------X

　　　　PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

　　　　WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       November 8, 2007

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendant
                                        PHILLIPS & JORDAN, INC.

                                        By: _____
                                           Richard E. Leff (RL-2123)
                                           80 Broad Street, 23rd Floor
                                           New York, New York 10004
                                           (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel